UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAYNA FREDERICK, individually and of behalf of all others similarly situated,

                Plaintiffs,

-against-

WALLY HEALTH, INC. d/b/a CARE BY WALLY,

                Defendant.

23-CV-10363 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the initial pretrial conference scheduled for **February 20, 2024** is adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **February 16, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: January 30, 2024
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge