UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAYNA FREDERICK, individually and of behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>-against-<br><br>WALLY HEALTH, INC. d/b/a CARE BY WALLY, et al.,<br><br>      Defendants. | 23-CV-10363 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **April 22, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: April 8, 2024
    New York, New York

                     SO ORDERED.

                     *Jessica Clarke*

                     JESSICA G. L. CLARKE
                     United States District Judge