UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAYNA FREDERICK,

Plaintiff,

-against-

WALLY HEALTH, INC. D/B/A CARE BY
WALLY, ET AL.,

Defendants.

23-CV-10363 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

On June 27, 2024, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 29.

On July 2, 2024, the Court issued an Order to Show Cause ordering Defendants to respond in writing no later than July 15, 2024 as to why an order should not be issued granting a default judgment against Defendants. ECF No. 35. The Court warned that if Defendants failed to respond by that date, judgment may be entered against them. *Id*. Defendants failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendants.

The Court refers the case to Magistrate Judge Cave for an inquest to determine the judgment to be entered.

The Clerk of Court is directed to terminate ECF No. 29.

SO ORDERED.

Dated: November 7, 2024
       New York, New York

_____

JESSICA G. L. CLARKE
United States District Judge