UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAYNA FREDERICK,

          Plaintiff,

-v-

WALLY HEALTH, INC., et al.,

          Defendants.

CIVIL ACTION NO. 23 Civ. 10363 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 20, 2024, following a referral by the Honorable Jessica G.L. Clarke to conduct an inquest regarding damages after default, the Court issued an Order directing Plaintiff Shayna Frederick to file proposed findings of fact and conclusions of law (the "Damages Submission") by Friday, December 20, 2024. (ECF No. 40). On December 23, 2024, the Court granted Plaintiff's request for an extension—until Friday, January 10, 2025—to file the Damages Submission. (ECF No. 42). Plaintiff's deadline has now passed. As a one-time courtesy, the Court sua sponte EXTENDS Plaintiff's deadline to file the Damages Submission to **Monday, January 20, 2025.** Plaintiff's failure to comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute.

Dated:    New York, New York
            January 13, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

1