UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAYNA FREDERICK,

                Plaintiff,                       23 **CIVIL** 10363 (JGLC)(SLC)

      -against-                       **<u>DEFAULT JUDGMENT</u>**

WALLY HEALTH, INC., et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 28, 2025, the Court has reviewed Plaintiff's damages submission and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. The Report and Recommendation is ADOPTED in its entirety. Default judgement is entered against Wally Health, Inc., awarding Plaintiff (1) statutory damages of $2,500.00, trebled, for a total amount of $7,500.00; (2) post-judgment interest pursuant to 28 U.S.C. § 1961; and (3) costs in the amount of $2,522; accordingly, the case is closed.

**Dated:**  New York, New York
          May 29, 2025

                                                **TAMMI M. HELLWIG**
                                                _____
                                                 **Clerk of Court**

                     **BY:**            *K. Mango*

                                                 _____
                                                 **Deputy Clerk**